# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

CHARLES ANGUS FERGUSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1017

_____

January 2, 2026

Appeal from the Circuit Court for DeSoto County; Guy A. Flowers, Judge.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.


KHOUZAM, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.